IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:     GALLAGHER, JOHN LEE                     BK NO: 03-01976
         GALLAGHER, VICKEY DIANNE,            7 -- Liquidation
         Debtor.

## AMENDED TRANSMITTAL OF UNCLAIMED FUNDS

Martin P. Sheehan, Chapter 7 Trustee, reports the following:

1).     Payment of the final distribution under 11 U.S.C. 726 was made in this case on April 27, 2010. The below mentioned payment was (returned due to a change of address/ has become stale). Your Trustee has voided said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 1 | $3,837.50 | Fleet Credit Card Services, LP<br>PO Box 1016<br>Horsham, PA 19044 |
| 1I | $299.51 | Fleet Credit Card Services, LP<br>PO Box 1016<br>Horsham, PA 19044 |

2)     Your Trustee's checks for the amount of $4, 137.11, payable to the Clerk of the Court, is attached to this report and list.

3)     Nothing further remains to be done in this case.

Dated: September 17, 2010

/s/ *Martin P. Sheehan*
Martin P. Sheehan, Trustee
41 Fifteenth Street
Wheeling, WV 26003
(304) 232-1064